**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lancer Insurance Company, a division of Lancer Financial Group, Inc., an Illinois corporation; Sina International, Inc. dba Sina Coach, a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>Western Distributing Company, a Colorado corporation; Ronald Eugene Hale and Jane Doe Hale, Husband and Wife; John and Jane Does I-X; Black and White Corporations I-X; ABC Partnerships I-X,<br><br>    Defendants. | No. 08-CV-8084-PCT-PGR<br><br>ORDER |

Pursuant to this Court's Minute Entry Order dated July 17, 2008, and having considered Defendants', Western Distributing Company and Ronald Hale, and Plaintiffs', Lancer Insurance Company and Sina International, Inc., Joint Case Management Report wherein the parties state that Jane Doe Hale; John and Jane Does I-X; Black and White Corporations I-X; and ABC Partnerships I-X have not been served in this matter,

IT IS HEREBY ORDERED **DISMISSING with Prejudice** Jane Doe Hale; John and Jane Does I-X; Black and White Corporations I-X; and ABC Partnerships I-X.

DATED this 24th day of November, 2008.

_____
Paul G. Rosenblatt
United States District Judge