**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lancer Insurance Co., et. al., <br><br> Plaintiffs, <br> v. <br><br> Western Distributing Co., et. al., <br><br> Defendants. | No. 08-CV-8084-PCT-PGR <br><br><br> **ORDER** <br> **(CONSOLIDATED)** |
| Great American Insurance Company, <br><br> Plaintiff, <br> v. <br><br> Western Distributing Co., et. al., <br><br> Defendants. | |
| Yue Pang, <br><br> Plaintiff, <br> v. <br><br> Western Distributing Co., et. al., <br><br> Defendants. | |

Having received and considered the parties' Second Joint Stipulated Motion to Continue the Deadline for Expert Disclosures and Discovery Deadlines (Doc. 58) and good cause appearing therefor[1],

---

[1] The Court and the parties agree that the amended deadlines shall not impact any other deadlines previously set forth by this Court.

1    IT IS HEREBY ORDERED GRANTING in part and DENYING in part the Second Joint Stipulated Motion to Continue the Deadline for Expert Disclosures and Discovery Deadlines. The parties shall have up to and including November 23, 2009, by which to complete their initial expert disclosures in this matter.

    IT IS FURTHER ORDERED that the deadline for rebuttal expert reports shall be no later than December 15, 2009.

    IT IS FURTHER ORDERED that all other all other discovery shall be completed no later than December 15, 2009.[2]

    DATED this 27th day of October, 2009.

_____
Paul G. Rosenblatt
United States District Judge

---

[2] Counsel is reminded that the dispositive motions deadline is December 30, 2009.

- 2 -