**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lancer Insurance Co., et. al., ) | No. 08-CV-8084-PCT-PGR |
| ) | **CONSOLIDATED** |
| Plaintiffs, ) | |
| v. ) | |
| ) | **ORDER** |
| Western Distributing Co., et. al., ) | |
| ) | |
| Defendants. ) | |

The parties in this case have reached a settlement. Therefore, pursuant to Rule 40.2(d) of the Rules of Practice for the United States District Court for the District of Arizona, Defendants filed a Notice of Settlement notifying the Court of a global settlement reached among all parties. (Doc. 76). Accordingly,

IT IS HEREBY ORDERED that the Pretrial Conference set for Monday, February 8, 2010, is VACATED.

IT IS FURTHER ORDERED setting a status conference for **Monday, February 8, 2010, at 11:00 a.m.** The status conference will be vacated upon the filing of the final dismissal of all parties and claims.

DATED this 22nd day of December, 2009.

Paul G. Rosenblatt
United States District Judge