**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lancer Insurance Co., et. al., | No. 08-CV-8084-PCT-PGR |
| Plaintiffs, | |
| v. | **ORDER** |
| Western Distributing Co., et. al., | |
| Defendants. | |

Pursuant to the stipulation of dismissal (Doc. 82), the cause of action filed by Plaintiffs Lancer Insurance Company and Sina International, Inc.'s against Defendants Ronald Eugene Hale and Western Distributing, Inc. is hereby dismissed with prejudice in its entirety.

IT IS HEREBY ORDERED dismissing said matter with prejudice, each party to bear its own attorney's fees and costs. All other parties and claims remain in the case.

DATED this 1st day of March, 2010.

Paul G. Rosenblatt
United States District Judge