**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lancer Insurance Co., et. al., | ) | No. 08-CV-8084-PCT-PGR |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| Western Distributing Co., et. al., | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of dismissal (Doc. 86),

IT IS HEREBY ORDERED dismissing in its entirety the above-entitled matter with prejudice, each party to bear its own attorney's fees and costs.

DATED this 5th day of April, 2010.

Paul G. Rosenblatt
United States District Judge